STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ROBERT A. MURRAY, DEFENDANT-PETITIONER.

*Mr. John S. Bender* for the petitioner.

*Mr. Brendan Byrne* and *Mr. C. William Caruso* for the respondent.

June 2, 1960.   Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
EDWARD A. FLECKENSTEIN, DEFENDANT-PETITIONER.

*Mr. Edward A. Fleckenstein pro se.*

*Mr. Frank A. Dolan* for the respondent.

June 2, 1960.   Denied.